IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN ALLAN TALBOTT,<br><br>Defendant. | Case No. 4:26-cr-00004-RRB<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Before the Court at Docket 49 is a Final Report and Recommendation on Defendant's Motion to Dismiss Forfeiture Allegation, in which the Magistrate Judge recommends that the Motion to Dismiss at Docket 21 be granted. The Government objected to the recommendation at Docket 54 and Defendant filed a memorandum supporting the recommendation at Docket 57.

The Court hereby ACCEPTS and ADOPTS the aforesaid Report and Recommendation and dismisses the Forfeiture count. While Defendant is ineligible to possess the weapon in question, the true owner is free to assert a claim.

DATED this 4th day of September, 2026, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge